UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

IN RE:

      Margaret E Zollner

Debtor(s)                        Case No.

### Section 521 (a)(1)(B)(iv) Compliance Affidavit – Statement Regarding Payment Advices or Other Evidence of Payment

Debtor states under penalty of perjury that:

__/__    Debtor has not received payment advices from any employer during the 60-days prior to the filing of this bankruptcy case.

_____    Debtor received payment advices during the 60-days prior to the filing of this bankruptcy case but has been unable to locate the documents. Debtor believes his/her gross income during the 60-days period preceding the filing of this case was: $_____

_____    Debtor received payment advices during the 60-days prior to the filing of this bankruptcy case but has been unable to locate one or more advices from all employers. Debtor believes his/her gross income for the missing payment advices was:

(Date) _____ $_____ (Date) _____ $_____

(Date) _____ $_____ (Date) _____ $_____

(Date) _____ $_____ (Date) _____ $_____

Signature of Debtor: *Margaret E. Zollner*    Date: 5/26/2015
                       Margaret E Zollner